UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIANNA CONNER-WASHINGTON,

        Petitioner,               Case No. 22-11931

v.

JEREMY HOWARD

        Respondent.
_____/

**JUDGMENT**

In accordance with the May 22, 2023 Opinion and Order Denying Petition for Writ of Habeas Corpus, Denying a Certificate of Appealability,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Jeremy Howard and against Petitioner Brianna Conner-Washington.

Dated at Port Huron, Michigan, this 22nd day of May, 2023.

                                          KINIKIA ESSIX
                                          CLERK OF THE COURT

                                   BY:<u>s/Lisa G. Wagner</u>
                                        Lisa Wagner, Deputy Clerk
                                        and Case Manager to
                                        Judge Robert H. Cleland